UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SCOTT DENNIS JOHNSON AND PATRICIA M.J. JOHNSON, | Civil No. 10-2296 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| TRANS UNION LLC, | |
| Defendant. | |

_____

Thomas Lyons and Trista Roy, **LYONS LAW FIRM, P.A.**, 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiffs.

William Brown, **SCHUCKIT & ASSOCIATES, P.C.**, 4545 Northwestern Drive, Zionsville, IN 46077; David Runck, **FAFINSKI MARK & JOHNSON PA**, 775 Prairie Center Drive, Suite 400, Eden Prairie, MN 55344, for defendant.

This matter is before the Court on the stipulation of dismissal filed by the parties on October 26, 2010 [Docket No. 14].

**IT IS HEREBY ORDERED** that all claims of Plaintiffs Scott Dennis Johnson and Patricia M.J. Johnson against Defendant Trans Union, LLC are **DISMISSED, WITH PREJUDICE**. Plaintiffs Scott Dennis Johnson and Patricia M.J. Johnson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 26, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                         United States District Judge